

# Eric Christopher Darden Estate

601 S Kings Drive
Suite 106
Charlotte, NC 28204
646-629-1008
thedardenestates@gmail.com

**INVOICE**
INV0006

**DATE**
10/01/2020

**DUE**
On Receipt

**BALANCE DUE**
USD $5,045,000.00

**BILL TO**

## Paragon Revenue Group

Paragon Revenue Group
PO BOX 126
Concord, NC 28026

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Actual damages for mental anguish and stress.<br>45 federally protected consumer rights violations.<br>5 unauthorized uses of registered trademark | $5,045,000.00 | 1 | $5,045,000.00 |
| | **TOTAL** | | $5,045,000.00 |
| | **BALANCE DUE** | | **USD $5,045,000.00** |

## Payment Instructions

**BY CHECK**
Eric Christopher Darden

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70181130000060438626                     Remove ✕

Your item was delivered at 10:08 am on October 7, 2020 in CONCORD, NC 28025.

## ✓ Delivered

October 7, 2020 at 10:08 am
Delivered
CONCORD, NC 28025

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 An official website of the United States Government

 Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

🔲 Submit a Complaint

❮ All complaints (.)

# 201005-5538699
**CLOSED**

✔ **Submitted** We received your complaint. Thank you.

**STATUS**

Submitted to the CFPB on 10/5/2020

**PRODUCT**

Debt collection

**ISSUE**

Attempts to collect debt not owed

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Notice to all, I, am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Darden, Eric Christopher, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a Eric Christopher Darden and autograph as the agent, attorney in fact, so be it; Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present: Fact, the Fair Debt Collection Practices Act is intended to secure my right to privacy and my privacy has been breached so be it, and; Fact, I am sure the removal of my information from your website, company

records, or any and all derivatives therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to my lack of consent and this herein unrebutted affidavit of truth being serviced to you today and therefore, standing as truth in commerce, so be it, and; Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your sight in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and; Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692b ("(2) not state that such consumer owes any debt;") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692b ("(5) not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692c ("(a) Communication with the consumer generally Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt-") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692d ("(2) The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692d on (30) thirty separate occasions ("(5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692e "(2) The false representation of-(A) the character, amount, or legal status of any debt;" Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692j ("(a) It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692j ("(b) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 1692k of this title for failure to comply with a provision of this subchapter.") 15 U.S.C. § 1692k ("(a) Amount of damages Except as otherwise provided by this section, any debt collector who fails to comply with

https://portal.consumerfinance.gov/consumer/s/complaint-detail#5000000168a57AAA   10/9/20, 8:58 AM
Page 2 of 5

this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of-(1) any actual damage sustained by such person as a result of such failure;(2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; or") Fact, affiant is aware that Paragon Revenue Group has at least (10) ten violations of title 15 U.S.C 1692. Fact, affiant is aware that Paragon Revenue Group has at least (30) thirty violations of the Telephone Consumer Protection Act. Please take further notice that I am compelled to pursue potential legal action against you seeking injunctive relief, substantial monetary damages, including but not limited to, special, punitive, and compensatory damages, attorney's fees and all additional remedies, relief and penalties by law or in equity, to the fullest extent permitted by law. The foregoing is submitted without prejudice and with full reservation of all rights and remedies irrespective of whether they are stated herein. Principal Amount Unauthorized-Use Locator Occurrences of Use Extended Amount $1,000,000.00 Attempting to collect on 2 $2,045,000.00 fraudulent accounts as a result of Identity Theft Fraudulent Presentments

View full complaint ⊕

## Sent to company

**STATUS**

Sent to company on 10/5/2020

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**

Company responded on 10/8/2020

**RESPONSE TYPE**

Closed with

## Company's Response

The referenced account has been cancelled from collections and removed from the consumer's credit report.

explanation

 **Feedback requested**

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

**STATUS**
Feedback requested on 10/8/2020

**FEEDBACK DUE**
12/7/2020

 Submit your feedback

 **Closed**

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

 An official website of the United States Government

# AFFIDAVIT OF NOTARY PRESENTMENT

State of __North Carolina__            )
                                       ) ss.
County of __Mecklenburg__              )

## CERTIFICATION OF MAILING

On this __17th__ day of __April__ _____, 20 __20__, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that ERIC CHRISTOPHER DARDEN appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number REGISTERED MAIL # RE 544 960 795 to Paragon Revenue Group 216 Le Phillip Ct. Concord, North Carolina 28025.

Number of Pages
1. NOTARY PRESENTMENT                                                    1
2. Affidavit of Truth                                                    3
3. CFPB Complaint                                                        7
4. Exhibit A                                                             1
5. Invoice                                                              1

WITNESS my hand and official seal.

_____            (Seal)
NOTARY PUBLIC DATE
My commission expires: __March      28__ , 20 __24__

## LEGAL NOTICE

The Certifying Notary is an independent contractor and not a party to this claim. In fact, the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the
Constitution and U.S. laws.

# Affidavit of Truth

STATE OF NORTH CAROLINA

ss.)

COUNTY OF MECKLENBURG

Notice to all, I, am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Darden, Eric Christopher, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a Eric Christopher Darden and autograph as the agent, attorney in fact, so be it;

Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

Fact, the Fair Debt Collection Practices Act is intended to secure my right to privacy and my privacy has been breached so be it, and;

Fact, I am sure the removal of my information from your website, company records, or any and all derivatives therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to my lack of consent and this herein unrebutted affidavit of truth being serviced to you today and therefore, standing as truth in commerce, so be it, and;

Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your sight in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and;

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692b ("(2) not state that such consumer owes any debt;")

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692b ("(5) not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and")

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692c ("(a) **Communication with the consumer generally** Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt-")

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692d ("(2) The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.")

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692d on (30) thirty separate occasions ("(5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.")

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692e "(2) The false representation of-(A) the character, amount, or legal status of any debt;"

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692j ("(a) It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.")

Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692j ("(b) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 1692k of this title for failure to comply with a provision of this subchapter.")

15 U.S.C. § 1692k ("(a) **Amount of damages** Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of-(1) any actual damage sustained by such person as a result of such failure;(2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; or")

Fact, affiant is aware that Paragon Revenue Group has at least (10) ten violations of title 15 U.S.C 1692.

Fact, affiant is aware that Paragon Revenue Group has at least (30) thirty violations of the Telephone Consumer Protection Act.

Please take further notice that I am compelled to pursue potential legal action against you seeking injunctive relief, substantial monetary damages, including but not limited to, special, punitive, and compensatory damages, attorney's fees and all additional remedies, relief and penalties by law or in equity, to the fullest extent permitted by law. The foregoing is submitted without prejudice and with full reservation of all rights and remedies irrespective of whether they are stated herein.

Thank you,

I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it;

I do not accept this offer to contract.
I do not consent to these proceedings.
I do require subrogation of the bond to settle the charge.

UCC 1-308 all rights reserved without prejudice
By: _____ Dated: _09/17/2020_
All Rights Claimed and Retained. Without Prejudice, Non-
assumpsit, Non-presumpsit, Without Recourse. My word is
my bond. (non entity/non obligor/non debtor)
        Consumer Natural Person Seal:

In care of: 1800-107 Camden Road PMB 197
Charlotte Territory, North Carolina State Republic
[RFD28203]

Notary Acknowledgment

On the date of _04/17/2020_ Darden, Eric Christopher, agent, d/b/a Eric Christopher Darden came
before me today present as a flesh and blood living being (non entity/non debtor) under oath to the
most high of creation only and provided the facts listed herein.

## Verified State required Jurat statement

### JURAT

State of _North Carolina_ County of _Mecklenburg_

UCC 1-308 all rights reserved without prejudice
By: _____

        (non entity/non obligor/non debtor)
        Consumer Natural Person Seal:
Sworn to affirmed by and subscribed before me on the
_17th_ day of _April_ , year 2020,

Atul C Bhula                                    Notary Seal:
Notary Name        Notary Signature

MY COMMISSION EXPIRES: MARCH 28, 2024

# Invoice INV0001

**Eric Christopher Darden Estate**

646-629-1008

thedardenestates@Gmail.com

**BILL TO**

**Paragon Revenue Group**

216 Le Phillip Court
Concord , NC 28025
800-230-1241

| | |
|---|---|
| **DATE:** | 04/15/2020 |
| **TERMS:** | Due On Receipt |

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| *40 federally protected consumer rights violations under 15 USC 1692 and TCPA* | $1,000.00 | 40 | $50,000.00 |

**PAYMENT INSTRUCTIONS**

**By check:**
Eric Christopher Darden

| | |
|---|---|
| **TOTAL** | **$50,000.00** |
| **BALANCE DUE** | ***$50,000.00*** |



**PARAGON**
Healthcare Focused, Recovery Driven.

216 Le Phillip Ct
Concord, NC 28025-2954
Hours of Operation: 8AM – 5PM EST

Online: payPRG.com
Toll Free: 1-800-230-1241

March 12, 2020

Paragon Revenue Group is a DBA
of Jon Barry & Associates, Inc.

## FINAL NOTICE

This is our final attempt to get you to pay your debt.  Pay the balance owed or contact our office at 1-800-230-1241.

There is a service charge of $20.00 on all returned checks.
Use return envelope for all correspondence.
This communication is from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for that purpose.
Debt Collectors since 1986.
NC Department of Insurance Permit #885.

## ACCOUNT INFORMATION

| Patient, Creditor and Creditor Account | Service Date | Account # | Amount Due |
|---|---|---|---|
| ERIC CHRISTOPHE DARDEN - Carolinas Urgent Care - Steele Creek - 20021468325 | 04/26/2019 | 25679752 | $77.58 |
| **TOTAL DUE** | | | $77.58 |

## PAYMENT OPTIONS

Call: 1-800-230-1241

Pay online: payPRG.com
Security Code: 9434

Mail payment in
enclosed envelope

To pay with Flex Spending or HSA plan, please contact us by phone or specify "Flex Pay" or "HSA" on your payment.

Detach the lower portion and return your payment in the envelope provided

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JBBD/3   330168115310   1441/0001438/0005

PO BOX 427
Concord, NC  28026



| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | | | |
|---|---|---|---|---|
| ZIP CODE | VISA ☐ | MasterCard ☐ | Flex Pay ☐  HSA Plan ☐ | CCV# (on back of card) |
| CC# | | | | EXP. DATE |
| SIGNATURE | | | AMT PAID $ | BALANCE $77.58 |
| Name as it appears on card | | | ACCOUNT # 25679752 | |

Eric Christophe Darden
1800 Camden Rd Ste 107
Ste 197
Charlotte, NC  28203-0001

PARAGON REVENUE GROUP
PO BOX 127
CONCORD, NC  28026-0127

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Murrow Research Group
216 Le Phillip Ct
Concord, NC 28025

9590 9402 5316 9154 3691 01

2. Article Number (Transfer from service label)

RE 544 960 795 US

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Susan King      ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

Susan King          4/22/20

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☐ Return Receipt for
  Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 An official website of the United States Government

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)                    🛈 Submit a Complaint

 ❮ All complaints (.)

# 200415-4931465

**CLOSED**

✔ **Submitted**                 We received your complaint. Thank you.

**STATUS**                       We will review your complaint. Depending on what we find, we will typically:
Submitted to the
CFPB on                          ▪ Send your complaint to the company for a response; or
4/15/2020                        ▪ Send your complaint to another state or federal agency, or help you get in touch
                                   with your state or local consumer protection office; or
**PRODUCT**
Debt collection                  ▪ Let you know if we need more information to continue our work.

**ISSUE**
Took or threatened               **YOUR COMPLAINT**
to take negative or
legal action                     Notice to all, I, am that I am, the consumer in fact, natural
                                 person, original creditor, lender, executor, administrator,
                                 holder in due course for any and all derivatives thereof for the
                                 surname/given name Darden, Eric Christopher, and I have
                                 been appointed and accept being the executor both public
                                 and private for all matters proceeding, and I hereby claim that
                                 I will d/b/a Eric Christopher Darden and autograph as the
                                 agent, attorney in fact, so be it; Whereas, I of age, of majority,
                                 give this herein notice to all, I make solemn oath to the one
                                 and only most high of creation only, whoever that may be,
                                 and I depose the following facts, so be it, now present: Fact,
                                 the Fair Debt Collection Practices Act is intended to secure
                                 my right to privacy and my privacy has been breached so be
                                 it, and; Fact, I am sure the removal of my information from
                                 your website, company records, or any and all derivatives

Case 3:20-cv-00558-RJC-DSC   Document 1-1   Filed 10/09/20   Page 15 of 18

therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to my lack of consent and this herein unrebutted affidavit of truth being serviced to you today and therefore, standing as truth in commerce, so be it, and; Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your sight in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and; Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692b ("(2) not state that such consumer owes any debt;") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692b ("(5) not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692c ("(a) Communication with the consumer generally Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt-") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692d ("(2) The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692d on (30) thirty separate occasions ("(5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692e "(2) The false representation of-(A) the character, amount, or legal status of any debt;" Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692j ("(a) It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.") Fact, Paragon Revenue Group is willfully in violation of title 15 U.S.C. § 1692j ("(b) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 1692k of this title for failure to comply with a provision of this subchapter.") 15 U.S.C. § 1692k ("(a) Amount of damages Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of-(1) any actual

damage sustained by such person as a result of such failure; (2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; or") Fact, affiant is aware that Paragon Revenue Group has at least (10) ten violations of title 15 U.S.C 1692. Fact, affiant is aware that Paragon Revenue Group has at least (30) thirty violations of the Telephone Consumer Protection Act. Please take further notice that I am compelled to pursue potential legal action against you seeking injunctive relief, substantial monetary damages, including but not limited to, special, punitive, and compensatory damages, attorney's fees and all additional remedies, relief and penalties by law or in equity, to the fullest extent permitted by law. The foregoing is submitted without prejudice and with full reservation of all rights and remedies irrespective of whether they are stated herein.

View full complaint ⊕



## Sent to company

**STATUS**

Sent to company on 4/15/2020

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**

Company responded on 4/22/2020

**RESPONSE TYPE**

Closed with explanation

### Company's Response

The referenced account has been cancelled from collections and removed from the consumer's credit report.

## Feedback requested

### Provide feedback about the company's response

 Case 3:20-cv-00558-RJC-DSC   Document 1-1   Filed 10/09/20   Page 17 of 18

ⁱ ⁱ ᵠᵘᵉˢᵗᵉᵘ

**STATUS**

Feedback
requested on
4/22/2020

**FEEDBACK DUE**

6/21/2020

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

❌ Closed

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

An official website of the United States Government

Case 3:20-cv-00558-RJC-DSC   Document 1-1   Filed 10/09/20   Page 18 of 18